NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-12-0000053**
**10-MAY-2012**
**10:23 AM**

NO. CAAP-12-0000053

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
GLENN WAYNE PATTERSON, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CR. NO. 1-1-072K)

ORDER GRANTING DEFENDANT-APPELLANT'S
MAY 7, 2012 MOTION FOR DISMISSAL OF APPEAL
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of Defendant-Appellant Glenn Wayne Patterson's Motion for Dismissal of Appeal, the declaration of Defendant-Appellant in support of the motion for dismissal, and the records and files herein,

IT IS HEREBY ORDERED that the motion for dismissal of appeal is granted, and this appeal is dismissed.

DATED: Honolulu, Hawai'i, May 10, 2012.

Presiding Judge

Associate Judge

Associate Judge